■ In the Matter of THORNWELL RICHBURG, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [979 NYS2d 897]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered September 20, 2012 in a CPLR article 78 proceeding. The judgment denied the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs (see Matter of Ansari v Travis, 9 AD3d 901 [2004], lv denied 3 NY3d 610 [2004]). Present—Scudder, P.J., Fahey, Peradotto, Carni and Valentino, JJ.

■ In the Matter of STEVEN WISNIEWSKI, Petitioner, v RANDY K. JAMES, Superintendent, Livingston Correctional Facility, et al., Respondents. [984 NYS2d 281]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Livingston County [Dennis S. Cohen, A.J.], entered July 1, 2013) to review a determination finding after a tier II hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Centra, J.P., Fahey, Lindley, Sconiers and Whalen, JJ.